**98–68.   State ex rel. Nix v. Cleveland.**
In Mandamus.  This cause originated in this court on the filing of a complaint for a writ of mandamus.  Upon consideration of respondents' motion for protective order and to quash,

IT IS ORDERED by the court that the motion to quash be, and hereby is, granted.

F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

IT IS FURTHER ORDERED by the court that the motion for protective order be denied for want of four votes on the following vote:

F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., would deny the motion for protective order.

COOK, J., would delay ruling on the motion for protective order until relators request an order compelling discovery.

MOYER, C.J., DOUGLAS and RESNICK, JJ., would grant the motion for protective order.

**98–409.   State v. Haendiges.**
Lorain App. No. 96CA006558.  This cause is pending before the court as a discretionary appeal and claimed appeal of right.  Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

F.E. SWEENEY, J., dissents.

**98–431.   State v. Bell.**
Madison App. No. CA96–07–027.  This cause is pending before the court as a discretionary appeal and claimed appeal of right.  Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

RESNICK, J., dissents.

## MISCELLANEOUS DISMISSALS

**98–288.   State ex rel. Simms v. Cuyahoga Cty. Dept. of Children & Family Serv.**
In Mandamus.  This cause originated in this court on the filing of a complaint for a writ of mandamus.  Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, March 11, 1998*

## MERIT DOCKET

**95–550.   State ex rel. George v. Internal Revenue Serv.**
In Mandamus.  On response to show cause order and on motion for temporary restraining order and preliminary injunction.  *Sua sponte,* cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

**97–849.   Dayton Power & Light Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–406–EL–COI.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and PFEIFER, JJ., dissent.

**98–115.   State ex rel. Anderson v. Gaul.**
In Mandamus.  *Sua sponte,* cause dismissed.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., dissents and would grant an alternative writ.